**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7406**

───────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

RICHARD ANTHONY WILFORD, a/k/a Richie Rich,

                Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:11-cr-00258-ELH-2)

───────────────

Submitted:  July 25, 2023                          Decided:  July 27, 2023

───────────────

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Richard Anthony Wilford, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Anthony Wilford, a federal prisoner, appeals the district court's order denying his motion for reconsideration of the court's prior order denying his motion to dismiss his federal criminal charges for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's denial of Wilford's motion for reconsideration. *United States v. Wilford*, No. 1:11-cr-00258-ELH-2 (D. Md. July 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*